**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 11-cv-01536-DME
Related Case: 10-cr-00311-DME

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

LESTER EUGENE FOWLER,

    Defendant-Movant.

---

**MINUTE ORDER**

---

Honorable David M. Ebel

    The Court has issued an Order Setting Evidentiary Hearing and Appointing Counsel. Therefore, Defendant-Movant's Status Motion [Doc. No. 2; Case No. 11-cv-01536-DME] is DENIED as moot.

    DATED:  May 10, 2012